# SUNGCHAN CHO
Attorney at Law

35-71 162nd Street FL 1
Flushing, NY 11358
TEL: 718) 321-2577
FAX: 718) 321-0119
sungchanlaw@gmail.com

*September 15, 2020*

VIA ECF
The Hon. Steven Cogan
United States Magistrate Court
Eastern District of New York

**RE: 1:20-cv-01595-BMC**
**Chom v. Park San Bal Inc.**

Dear the Hon. Judge Cogan :

The defendants have not executed the Stipulation for settlement and confession of Judgement although the defendants agreed to the Stipulation. The defendants will sign the Stipualtion within this week and the plaintiff's counsel will file the fully executed Stipulation with the court accordingly.


Sincerely,


/Sungchan Cho/